EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Constance.Hassell@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 18 2003

at 6 o'clock and 70 min. __ M.
WALTER A. Y. H. CHINN, CLERK

LODGED
FEB 14 2003
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,    )<br>  )<br>     vs.                  )<br>  )<br>One (1) FedEx Mail parcel, )<br>  )<br>          Defendant.      )<br>_____) | Mag. No. 03-0053 LEK<br><br>EX PARTE MOTION TO UNSEAL<br>AFFIDAVIT; ORDER GRANTING<br>MOTION TO UNSEAL AFFIDAVIT |
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,    )<br>  )<br>     vs.                  )<br>  )<br>1468-1 Liliha Street,      )<br>  )<br>          Defendant.      )<br>_____) | Mag. No. 03-0054 LEK |

EX PARTE MOTION TO UNSEAL AFFIDAVIT

Comes now UNITED STATES OF AMERICA, through its undersigned attorneys, and hereby moves this Court for an order unsealing the affidavits attached to the warrants in the above-entitled matters on the ground that there has been an indictment

in connection with the evidence recovered pursuant to the search warrant so that disclosure to the defendant is sought.

This Motion is based on the records and files of this case and those of Cr. No. 03-00048 DAE.

DATED: Honolulu, Hawaii, February 14, 2003 .

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Constance A. Hassell
CONSTANCE A. HASSELL
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 03-0053 LEK |
| Plaintiff, | ) ) ) | ORDER GRANTING MOTION TO UNSEAL AFFIDAVIT |
| vs. | ) ) | |
| One (1) FedEx Mail parcel, | ) ) | |
| Defendant. | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) | Mag. No. 03-0054 LEK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| 1468-1 Liliha Street, | ) ) | |
| Defendant. | ) ) | |

ORDER GRANTING MOTION TO UNSEAL AFFIDAVIT

The Court having considered the UNITED STATES OF AMERICA's Ex Parte Motion to Unseal Affidavit, and good cause appearing therefor,

IT IS HEREBY ORDERED that the affidavits in support of the warrants in regard to the above-entitled matter be unsealed.

DATED: Honolulu, Hawaii, February FEB 1 8 2003, 2003.

KEVIN S.C. CHANG
_____
UNITED STATES MAGISTRATE

USA v. Deon Joseph, et al.
Mag. Nos. 03-0053 LEK;
Mag. No. 03-0054 LEK
"Order Granting Motion to Unseal
    Affidavit"