EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

CONSTANCE A. HASSELL  3374
Assistant U.S. Attorney
Room 6100, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: Constance.hassell@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 4 2003

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGIS. NO. 03-0053 LEK |
| ) | 03-0054 LEK |
| Plaintiff, ) | EX PARTE MOTION TO SEAL |
| ) | DOCUMENTS; DECLARATION OF |
| VS. ) | COUNSEL; ORDER GRANTING |
| ) | MOTION TO SEAL DOCUMENTS |
| ) | |
| 1468-1 Liliha St, Honolulu, HI ) | |
| One (1) FedEx Mail Parcel ) | |
| ) | |
| Defendants. ) | |

### EX PARTE MOTION TO SEAL DOCUMENTS

The United States of America, by and through its undersigned attorneys, hereby moves this Honorable Court for an Order sealing all documents in connection with the above-captioned matter, except the warrant(s) and return(s). The documents to be sealed include, but are not limited to, this Motion and the Declaration and Order accompanying it, the "Application and Affidavit for Search Warrant" and the Affidavit attached thereto (all of which

was filed in the above-entitled Magistrate's Case), and the clerk of court's docket sheet on the ground that investigation into the matter is on-going, and disclosure of the information contained in these documents may interfere with said investigation.

This Motion is made pursuant to the inherent power of this Court, and is based upon the records and files of this case and the attached Declaration.

DATED: Honolulu, Hawaii, January 23, 2003.

> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
> By _____
> CONSTANCE A. HASSELL
> Assistant United States Attorney