IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGIS. NO. 03-0053 LEK |
| | ) | 03-0054 LEK |
| Plaintiff, | ) | EX PARTE MOTION TO SEAL |
| | ) | DOCUMENTS; DECLARATION OF |
| VS. | ) | COUNSEL; ORDER GRANTING |
| | ) | MOTION TO SEAL DOCUMENTS |
| | ) | |
| 1468-1 Liliha St,Honolulu, HI | ) | |
| One (1) FedEx Mail Parcel | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF COUNSEL**

CONSTANCE A. HASSELL, declares and states under penalty of perjury as follows:

1. I am an Assistant U.S. Attorney with the U.S. Attorney's Office for the District of Hawaii. I am familiar with the criminal investigation described in the "Application and Affidavit for Search Warrant" and the Affidavit attached thereto (all of which was filed in the above-entitled Magistrate's Case).

2. I am informed and believe that said investigation is ongoing and will continue beyond the date of service of the warrant and filing of the return thereon until the matter is presented to the Grand Jury for Indictment or other disposition.

3. The documents filed in connection with this case, other than the warrant(s) and return(s), relate information obtained during the course of the investigation and reflects, at least in

part, the nature, direction, and status of the investigation.

4.  I am informed and believe that law enforcement officers do not believe that the persons identified during the course of the investigation know all of the information disclosed in these documents.

5.  I am informed and believe that law enforcement officers believe that disclosure of all of the information contained in the Application and Affidavit will jeopardize their intended future investigation.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Executed on January 23, 2003, at Honolulu, Hawaii.

_____
CONSTANCE A. HASSELL