IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGIS. NO. 03-0053 LEK |
| | ) | 03-0054 LEK |
| Plaintiff, | ) | EX PARTE MOTION TO SEAL |
| | ) | DOCUMENTS; DECLARATION OF |
| VS. | ) | COUNSEL; ORDER GRANTING |
| | ) | MOTION TO SEAL DOCUMENTS |
| | ) | |
| 1468-1 Liliha St, Honolulu, HI | ) | |
| One (1) FedEx Mail Parcel | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER GRANTING MOTION TO SEAL DOCUMENTS

The Court having considered the United States of America's Ex Parte Motion to Seal Documents and good cause appearing therefor,

IT IS HEREBY ORDERED THAT all documents except the warrant(s) and return(s) in connection with this matter be sealed until further order of this Court. The documents to be sealed include, but are not limited to, the "Application and Affidavit for Search Warrant" and the Affidavit attached thereto (all of which was filed in the above-entitled Magistrate's Case), and the Motion to Seal and the Declaration in support of it, this order, and the clerk of court's docket sheet.

DATED: Honolulu, Hawaii, January 23, 2003.

_____
LESLIE E. KOBAYASHI
UNITED STATES MAGISTRATE JUDGE